MICHAEL J. LEAHY, Respondent, *v.* CHESTER W. FAIRLIE, as Trustee in Bankruptcy of LUCIUS ENGINEERING COMPANY, Appellant.

*Leahy v. Lucius Engineering Co.*, 186 App. Div. 354, affirmed.

(Argued December 10, 1919; decided January 6, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 7, 1919, affirming a judgment in favor of plaintiff entered upon a verdict. This action was originally brought against the Lucius Engineering Company to recover damages claimed to have been sustained by the plaintiff by the abandonment by that company of a sub-contract whereby it agreed to haul, distribute, erect, rivet and paint the metal work covered by items 19 and 20 in the schedule of unit prices contained in the principal contract between the plaintiff and the Interborough Rapid Transit Company for the erection of an elevated structure known as the Webster Avenue line, Section Number 9-B, of the Dual Rapid Transit Railroad in the city of New York. After the decision by the Appellate Division an order was entered continuing the action in the name of Chester W. Fairlie, as trustee in bankruptcy of said Lucius Engineering Company.

*Paul Bonynge* for appellant.

*Abram J. Rose* and *Alfred C. Petté* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, ANDREWS and ELKUS, JJ.